1  LABELLA & MCNAMARA LLP
   CHARLES G. LA BELLA (SBN 183448)
2  JOHN D. KIRBY (SBN 149496)
   401 West A Street, Suite 1150
3  San Diego, CA 92101
   Telephone: (619) 696-9200
4  Facsimile: (619) 696-9269

5  Attorneys for Defendant
   MICHAEL F. CROWLEY, JR.

FILED

2006 SEP -5 PM 4:46

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ RM _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SERACARE LIFE SCIENCES, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>      ALL ACTIONS. | Master File No. 05 CV 2335 H (CAB)<br><br>CLASS ACTION<br><br>STIPULATION TO SET BRIEFING SCHEDULE AND HEARING DATE; AND [~~PROPOSED~~] ORDER THEREON<br><br>Courtroom: 13<br>Judge Hon. Marilyn L. Huff |

## STIPULATION

**WHEREAS**, on or about July 17, 2006, plaintiffs filed their "Consolidated Complaint for Violations of the Federal Securities Laws" ("Consolidated Complaint"), and added defendants to the litigation who were not previously named ("New Defendants");

**WHEREAS**, on August 17, 2006, the Court entered an order requiring the parties to submit by September 1, 2006, a briefing and hearing schedule for filing any motions against the Consolidated Complaint;

**WHEREAS**, certain New Defendants have until approximately October 20, 2006 to respond to the Consolidated Complaint, pursuant to waivers of service of summons;

**WHEREAS**, in an effort to conserve the parties' and the Court's time and resources, the parties want to set a single briefing and hearing schedule for defendants' motions consistent with the New Defendants' response date;

**THEREFORE**, the parties, by and through their respective attorneys of record, stipulate that all defendants shall have until November 3, 2006 in which to file any motions against the Consolidated Complaint; plaintiffs shall have until December 22, 2006 in which to oppose such motions; defendants shall have until January 26, 2007 in which to file any replies; and the parties shall request a hearing date consistent with this briefing schedule.

Dated: 9/1, 2006

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP

By: _____
Daniel S. Drosman
Attorneys for Plaintiffs

MUNGER, TOLLES & OLSON LLP

Dated: 9/1, 2006

By: _____
Marc T.G. Dworsky
Attorneys for Defendant
BARRY PLOST

| | | |
|---|---|---|
| 1 | | O'MELVENY & MYERS LLP |
| 2 | Dated: 9/1, 2006 | By: /s/ *(signature)* for |
| 3 | | Meredith N. Landy |
| 4 | | Attorneys for Defendants ROBERT CRESCI, CRAIG HOOSON, SAMUEL ANDERSON, EZZAT JALLAD, DR. BERNAD KASTEN, DR. NELSEN TENG AND PECKS MANAGEMENT PARTNERS, LTD. |
| 5 | | |
| 6 | | |
| 7 | | LATHAM & WATKINS LLP |
| 8 | Dated: 9/1, 2006 | By: /s/ *(signature)* for |
| 9 | | Ethan A. Brown |
| 10 | | Attorneys for Defendant JERRY L. BURDICK |
| 11 | | LABELLA & MCNAMARA LLP |
| 12 | Dated: 9/1, 2006 | By: /s/ *(signature)* for |
| 13 | | John D. Kirby |
| 14 | | Attorneys for Defendant MICHAEL F. CROWLEY, JR. |
| 15 | | SKADDEN ARPS SLATE MEAGHER & FLOM LLP |
| 16 | Dated: 9/1, 2006 | |
| 17 | | By: /s/ *(signature)* for |
| 18 | | Thomas J. Nolan Attorneys for Defendants CIBC WORLD MARKETS, THOMAS WEISEL PARTNERS LLC, WILLIAM BLAIR & CO., LLC |
| 19 | | |
| 20 | | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. |
| 21 | Dated: 9/1, 2006 | |
| 22 | | By: /s/ *(signature)* for |
| 23 | | Craig Hunsaker Attorneys for Defendant THOMAS LAWLOR |
| 24 | | |

STIPULATION AND [PROPOSED] ORDER
IN RE SERACARE LIFE SCIENCES, INC. SEC. LITIG.
CASE NO. 05 CV 2335 H (CAB)

# ORDER

Pursuant to stipulation, all defendants shall file any motions against the Consolidated Complaint on or before November 3, 2006; Plaintiffs shall file their oppositions to those motions on or before December 22, 2006; defendants shall file any replies by January 26, 2007; and the parties shall obtain a hearing date consistent with this schedule.

**IT IS SO ORDERED.**

DATED: Sept. 1, 2006

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

MP1:987096.1

| | |
|---|---|
| 1 | LA BELLA & MCNAMARA LLP |
|  | CHARLES G. LA BELLA (SBN 183448) |
| 2 | JOHN D. KIRBY (SBN 149496) |
|  | 401 West "A" Street, Suite 1150 |
| 3 | San Diego, California 92101 |
|  | Tel: (619) 696-9200 |
| 4 | Fax: (619) 696-9269 |
| 5 | Attorneys for Defendant |
|  | Michael F. Crowley, Jr. |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SERACARE LIFE SCIENCES, INC. SECURITIES LITIGATION | Lead Case No. 05 CV 2335-H (CAB) |
| | CLASS ACTION |
| This Document Relates To: | PROOF OF SERVICE |
| ALL ACTIONS. | Courtroom: 13 |
| | Judge Hon. Marilyn L. Huff |

I, Linh Quach, declare as follows:

I am an employee of a member of the bar of this Court at whose direction the service was made in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is: 401 West "A" Street, Suite 1150, San Diego, California 92101.

On September 1, 2006, I served the following document(s) described as:

STIPULATION TO SET BRIEFING SCHEDULE AND HEARING DATE; AND [PROPOSED] ORDER THEREON

__X__ **MAIL** by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California addressed as indicated below. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of

| | | |
|---|---|---|
| 1 | business. | |
| 2 | Daniel S. Drosman | **Attorneys for Plaintiffs** |
| | Ted Minahan | |
| 3 | Lerach Coughlin Stoia Geller | |
| | Robin & Robin LLP | |
| 4 | 655 West Broadway, Suite 1900 | |
| | San Diego, CA 92101 | |
| 5 | Tel: (619) 231-1058 | |
| | Fax: (619) 231-7423( | |
| 6 | | |
| | Meredith N. Landy | **Attorneys for Defendants Robert Cresci, Craig** |
| 7 | O'Melveny and Myers | **Hooson, Samuel Anderson, Ezzat Jallad, Dr.** |
| | 2765 Sand Hill Road | **Bernad Kasten, Dr. Nelsen Teng, and Pecks** |
| 8 | Menlo Park, CA 94025-7019 | **Management Partners Ltd.** |
| | Tel: (650) 473-2600 | |
| 9 | Fax: (650) 473-2601 | |
| 10 | Marc T.G. Dworsky | **Attorneys for Defendant Barry Plost** |
| | Aaron M. May | |
| 11 | Munger, Tolles & Olson LLP | |
| | 355 South Grand Avenue, 35th Floor | |
| 12 | Los Angeles, CA 90071-1560 | |
| | Tel: (213) 683-9100 | |
| 13 | Fax: 213) 687-3702 | |
| 14 | Jerome C. Roth | **Attorneys for Defendant Barry Plost** |
| | Munger, Toolles & Olson LLP | |
| 15 | 560 Mission Street, 27th Floor | |
| | San Francisco, CA 94105 | |
| 16 | Tel: (415) 512-4000 | |
| | Fax: (415) 512-4077 | |
| 17 | | |
| | Peter W. Devereaux | **Attorneys for Defendant Jerry L. Burdick** |
| 18 | Ethan J. Brown | |
| | Jason J. Kim | |
| 19 | Latham & Watkins LLP | |
| | 633 West Fifth Street, Suite 4000 | |
| 20 | Los Angeles, CA 90071-2007 | |
| | Tel: (213) 485-1234 | |
| 21 | Fax: (213) 891-8763 | |
| 22 | Thomas J. Nolan | **Attorneys for Defendants CIBC World** |
| | Skadden Arps Slate Meagher & Flom LLP | **Markets, Thomas Weisel Partners LLC,** |
| 23 | 300 South Grand Avenue, Suite 3400 | **William Blair & Co., LLC** |
| | Los Angeles, CA 90071 | |
| 24 | Tel: (213) 687-5000 | |
| | Fax: (213) 687-5600 | |
| 25 | | |
| | Craig E. Hunsaker | **Attorneys for Defendant Thomas Lawlor** |
| 26 | Mintz, Levin, Cohn, Ferris, Glovsky & Popel P.C. | |
| | 9255 Towne Centre Drive, Suite 600 | |
| 27 | San Diego, CA 92121 | |
| | Tel: (858) 320-3000 | |
| 28 | Fax: (858) 320-3001 | |

|   |   |
|---|---|
| 1 | ___ **FACSIMILE** by causing such document to be transmitted by facsimile machine to the |
| 2 | office(s) of the parties indicated herein. The facsimile machine used complied with Rule 2003 and no |
| 3 | error was reported by the machine. |
| 4 | ___ **OVERNITE EXPRESS / FEDERAL EXPRESS** by causing a true copy thereof to be placed in |
| 5 | a sealed envelope addressed to the office(s) of the parties indicated hereinbelow fully prepaid to be |
| 6 | placed in Overnite Express / Federal Express delivery service box at 401 West "A" Street, San Diego, |
| 7 | California. I am "readily familiar" with this firm's practice of collection and processing correspondence |
| 8 | for Overnite Express / Federal Express service. It is deposited with Overnite Express / Federal |
| 9 | Express on that same day in the ordinary course of business. |
| 10 | _____ **BY PERSONAL SERVICE** by causing a true and correct copy of the aforementioned |
| 11 | document(s) to be delivered to the parties on the attached service list this date by Diversified Legal |
| 12 | Services, Inc. |
| 13 | I declare under penalty of perjury under the laws of the United States that the foregoing is |
| 14 | true and correct. |
| 15 | Executed this 1st day of September, 2006 in San Diego, California. |
| 16 | |
| 17 | |
| 18 | Linh Quach |