**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SERACARE LIFE SCIENCES, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS. | MASTER FILE NO. 05-cv-2335-H (CAB)<br><br>SCHEDULING ORDER RE KPMG LLP'S EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL |

On February 13, 2007, KPMG LLP filed an ex parte application for an order to file documents under seal. (Doc. No. 100.) Having reviewed the application and the pertinent portions of the record, the Court sets the following schedule on KPMG LLP's application to file documents under seal. The Court notes that it is not setting a hearing on KPMG LLP's proposed motion for sanctions, but only on the application to file documents under seal.

1. No later than **February 20, 2007**, KPMG LLP shall clarify whether it seeks in camera review of the documents, or whether it seeks to file the documents under seal along with serving the documents on Plaintiffs.

2. Plaintiffs shall file any opposition to the application no later than **March 2, 2007**.

3. KPMG LLP shall file any reply no later than **March 9, 2007**.

4. The Court shall hear oral argument on KPMG LLP's application on **March**

**19, 2007 at 10:30 a.m.** The Court reserves the right to submit the application on the papers without a hearing pursuant to its discretion under Civil Local Rule 7.1(d)(1).

IT IS SO ORDERED.

DATED: February 14, 2007

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

cc: all counsel of record