# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SERACARE LIFE SCIENCES, INC. SECURITIES LITIGATION,<br><br>Consolidated Proceedings | **CASE NO. 05CV2335 JLS (CAB)**<br><br>**ORDER REQUIRING SUBMISSION OF ADDITIONAL INFORMATION RE: LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND EXPENSES** |

The Court calendared the final approval hearing in this class action for March 12, 2009. In reviewing the paperwork submitted for the final approval hearing, the Court determined the parties had not established their compliance with certain notice provisions in § 3(a) of the Class Action Fairness Act ("CAFA"), codified at 28 U.S.C. § 1715. On March 6, 2009, the Court ordered the parties to file a supplemental declaration on compliance with CAFA's notice requirements. (Doc. No. 218.) Counsel conceded the failure to comply with the notice requirements, and defendants represented they would give notice voluntarily. (Doc. No. 219.) Before the Court can enter an Order finally approving the settlement, 28 U.S.C. § 1715(d) imposes a 90-day waiting period from the date when defendant provides the required notice to the appropriate federal and state officials. Therefore, the Court could not enter an Order on final approval on March 12, 2009.

Based on the Court's review of the papers and the representations of counsel at the March 12, 2009 hearing, the Court hereby **ORDERS** the following:

—Defendants **SHALL FILE** a supplemental declaration (1) naming the federal and state officials receiving notice and (2) providing a copy of the notice served on those officials. The deadline for this declaration is April 17, 2009.

—Plaintiffs **SHALL FILE** a supplemental declaration identifying the absolute number and percentage of class members who (1) submitted a Proof of Claim and Release form (whether in connection with this settlement or the previous partial settlement with SeraCare), and (2) requested exclusion from the class. The deadline for this declaration shall be May 15, 2009.

—Plaintiffs **SHALL FILE** a supplemental declaration in support of lead counsel's claim for an award of $125 thousand in expenses. The supplemental declaration shall (1) itemize the expenses which make up each Expense Category[1] and (2) clearly document the basis (including expense vouchers, check records, and other corroborating documents, where available) for the itemized expenses within each Expense Category.[2] The Court directs counsel to present this information in a clear, well-organized manner so that the Court can determine whether each claimed expense was actually incurred. The deadline for this declaration is June 25, 2009.

The final approval hearing in this action **REMAINS** calendared for July 9, 2009 at 3:00 p.m.

IT IS SO ORDERED.

DATED: March 24, 2009

Janis L. Sammartino

Honorable Janis L. Sammartino
United States District Judge

---

[1] The "Expense Category" refers all categories appearing in the chart on page 1 of the Light Declaration submitted in support of lead counsel's application for attorneys fees and expenses.

[2] With respect to in-house photocopying, plaintiffs shall explain the basis for charging 25 cents per copy.